DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

BRILES v. BRILES

No. 139 PC.

Case below: 43 N.C. App. 575.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 February 1980.

CLODFELTER v. BATES

No. 181 PC.

Case below: 44 N.C. App. 107.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 6 February 1980.

COMMUNITY CLUB v. HOPPERS

No. 161 PC.

Case below: 43 N.C. App. 671.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 6 February 1980.

COX v. COX

No. 147 PC.

Case below: 43 N.C. App. 518.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 February 1980.

CRAWFORD v. SURETY CO.

No. 184 PC.

Case below: 44 N.C. App. 368.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 6 February 1980.